UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

LAURA EWING-LOFTON,

    Plaintiff,

v

BLOOMIN' BRANDS, INC. d/b/a
OUTBACK STEAKHOUSE,

    Defendant.

Kent County Case No.
20-08192-NO

| | |
|---|---|
| CHRISTOPHER J. TRAINOR (P42449)<br>THOMAS F. NORTON (P45525)<br>CHRISTOPHER TRAINOR &<br>ASSOCIATES<br>Attorneys for Plaintiff<br>9750 Highland Road<br>White Lake, MI 48386<br>(248) 886-8650 | DAVID J. YATES (P49405)<br>ERIC P. CONN (P64500)<br>STEPHANIE B. BURNSTEIN (P78800)<br>SEGAL McCAMBRIDGE SINGER &<br>MAHONEY<br>Attorneys for Defendant<br>29100 Northwestern Highway, Ste. 240<br>Southfield, MI  48034<br>(248) 994-0060   (248) 994-0061 [Fax]<br>dyates@smsm.com   econn@smsm.com<br>sburnstein@smsm.com |

## NOTICE OF REMOVAL

TO:   United States District Court - Western District of Michigan
       Kent County Circuit Court
       Counsel of Record

NOW COMES Defendant, Bloomin' Brands, Inc. d/b/a Outback Steakhouse, by and through its attorneys, David J. Yates, Eric P. Conn, Stephanie B. Burnstein and Segal McCambridge Singer & Mahoney and hereby removes this action and give Notice to this Honorable Court of the Removal of this Action from the Circuit

Court of the State of Michigan, County of Kent, to the United States District Court for the Western District of Michigan, and respectfully states under this Court as follows:

1. That Bloomin' Brands, Inc. d/b/a Outback Steakhouse is a Defendant in a civil action brought against it in the Circuit Court for the County of Kent, State of Michigan, entitled *Laura Ewing-Lofton v. Bloomin' Brands, Inc. d/b/a Outback Steakhouse,* Case No. 20-08192-NO, and that a copy of the Complaint is attached hereto and constitute all process and pleadings served upon Petitioner in such action (**Exhibit A**). No other proceedings have taken place in the Circuit Court for the County of Kent.

2. That the above captioned matter is a civil action over which this Court has original jurisdiction on the provisions of Title 28 United States Code, USC Section 1332, and is one which may be removed to this Court by the Petitioners, Defendant herein, pursuant to the provisions of Title 28 United States Code, Section 1441, that it is a civil action, wherein the matter in controversy will allegedly exceed the sum or value of $75,000.00 exclusive of costs, attorney fees, and statutory interest, according to the allegations in the Complaint and it is between citizens of different states, as more fully identified as follows:

      a.      Defendant, Bloomin' Brands, Inc. d/b/a Outback Steakhouse, is a Florida corporation with its principle place of business in Florida;

      b.      Plaintiff is a citizen of the State of Michigan.

3. That in particularity based on the necessary implications of Plaintiff's Complaint, this matter in controversy allegedly exceeds the sum or value of $75,000.00 exclusive of costs, attorney fees and statutory interest demanded in that the Plaintiff seeks damages for personal injury arising out of injuries allegedly incurred in a slip and fall accident dated March 17, 2019. Plaintiff has alleged injuries to right hip and right shoulder and other economic and non-economic damages, including wage loss claim, which may arise in this matter. Plaintiff has further advised Defendant that her damages exceed $75,000.

4. That this Petition is filed in a timely and proper manner in as much as service of process upon Bloomin' Brands, Inc. d/b/a Outback Steakhouse was made by certified mail on November 16, 2020, and the original Petition for Removal was filed within thirty (30) days thereof.

5. Plaintiff's counsel refuses to stipulate that damages are <u>less</u> than $75,000.

6. Plaintiff's counsel does not oppose Federal Court jurisdiction.

7. Attached as **Exhibit B** is a verification of the facts and circumstances set forth in this demand for removal.

THEREFORE, Defendant, Bloomin' Brands, Inc. d/b/a Outback Steakhouse, gives Notice that the above Action now pending against it in the Circuit Court for the County of Kent, State of Michigan, is removed therefrom to this Court.

                                            SEGAL McCAMBRIDGE SINGER &
                                            MAHONEY

                                            By   /s/ David J. Yates
                                                DAVID J. YATES (P49405)
                                                ERIC P. CONN (P64500)
                                                STEPHANIE B. BURNSTEIN (P78800)
                                                Attorneys for Defendant
                                                29100 Northwestern Highway, Ste. 240
                                                Southfield, MI  48034
                                                 (248) 994-0060

Dated:  December 7, 2020

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

LAURA EWING-LOFTON,

      Plaintiff,                               Kent County Case No.
                                                      20-08192-NO

v

BLOOMIN' BRANDS, INC. d/b/a
OUTBACK STEAKHOUSE,

      Defendant.

| CHRISTOPHER J. TRAINOR (P42449)<br>THOMAS F. NORTON (P45525)<br>CHRISTOPHER TRAINOR & ASSOCIATES<br>Attorneys for Plaintiff<br>9750 Highland Road<br>White Lake, MI 48386<br>(248) 886-8650 | DAVID J. YATES (P49405)<br>ERIC P. CONN (P64500)<br>STEPHANIE B. BURNSTEIN (P78800)<br>SEGAL McCAMBRIDGE SINGER & MAHONEY<br>Attorneys for Defendant<br>29100 Northwestern Highway, Ste. 240<br>Southfield, MI  48034<br>(248) 994-0060   (248) 994-0061 [Fax]<br>dyates@smsm.com   econn@smsm.com<br>sburnstein@smsm.com |
|---|---|

## **CERTIFICATE OF SERVICE**

     I hereby certify that on December 7, 2020, a copy of the foregoing Notice of Removal was filed and served electronically via the Court's electronic filing system (or, to the extent such service could not be accomplished because the recipients are not yet registered for electronic service, via first-class U.S. Mail, postage prepaid) to the following parties and counsel:

        Christopher J. Trainor
        Thomas F. Norton
        Christopher Trainor & Associates
        9750 Highland Road
        White Lake, MI 48386

Clerk of the Court
Kent County Circuit Court
180 Ottawa Ave. NW.
Grand Rapids, MI 48386

                                          /s/ Robyn A. Goldberg