# *EXHIBIT A*

## STATE OF MICHIGAN

## IN THE CIRCUIT COURT FOR THE COUNTY OF KENT

LAURA EWING-LOFTON,

    Plaintiff,

-vs-                                            CASE NO. 20-_____-NO
                                                           HON.

BLOOMIN BRANDS, INC. D/B/A
OUTBACK STEAKHOUSE

    Defendant.

CHRISTOPHER TRAINOR & ASSOCIATES
CHRISTOPHER J. TRAINOR (P42449)
THOMAS F. NORTON (P45525)
Attorneys for Plaintiff
9750 Highland Road
White Lake, MI 48386
(248) 886-8650

There is no other current or pending civil action arising from the same transaction or occurrence which is the subject matter of this lawsuit

## COMPLAINT AND JURY DEMAND

**NOW COMES** the Plaintiff, **LAURA EWING-LOFTON**, by and through her attorneys, CHRISTOPHER TRAINOR & ASSOCIATES, and for her Complaint, states as follows:

## GENERAL ALLEGATIONS

1. Plaintiff, LAURA EWING-LOFTON, (hereinafter known as Plaintiff) is a resident of the City of Grand Rapids, County of Kent, State of Michigan.

2. Defendant Bloomin Brands, Inc. d/b/a Outback Steakhouse is upon information and belief a foreign corporation doing business in the City of Kentwood, County of Kent, State of Michigan.

3. Defendant operates a restaurant located at 3650 28th Street SE., Kentwood, MI 49512

4. That the incident which is the subject of this action occurred on the Defendant's premises, 3650 28th Street SE, Kentwood, Michigan.

5. On March 17, 2019, the Plaintiff was lawfully on the Defendants' restaurant as a guest/customer, and walking behind defendant's employee who was leading Plaintiff to her table when Plaintiff suddenly slipped on liquid and fell heavily to the floor causing her to sustain grievous injuries.

6. That Plaintiff could not see any substance on the floor because the Defendant's employee blocked the Plaintiff's view and therefore the hazard which lay in Plaintiff's path was not open and obvious to Plaintiff.

7. That Defendant and its employees owed Plaintiff a duty to of care to warn Plaintiff of the liquid on the floor and otherwise act in reasonable safe manner and watch out for her so as to not expose Plaintiff to an unreasonable risk of harm and injury.

8. That notwithstanding the above-mentioned duties and obligations, Defendant breached these duties owed to Plaintiff and was negligent in the following ways, including but not limited to:

    a. failing to warn Plaintiff of the liquid on the floor;

    b. Failing to comply with health and safety laws of the State of Michigan, County of Kent and City of Kentwood;

    c. Failing to take action to repair and/or remedy the hazardous condition which caused injury to the Plaintiff;

    d. Creating an unsafe and hazardous condition which caused serious injury to the Plaintiff;

    e. Failing to remove the liquid from the floor and thereby remove a hazardous condition which was in Plaintiff's path

    f. Failing to act with due diligence and carryout work activities in a reasonably safe manner.

9. As a direct and proximate cause of the Defendant's negligence including affirmative acts and omissions, the Plaintiff suffered serious injuries and damages including but not limited to:

   a. right hip and right shoulder injuires.

**WHEREFORE,** Plaintiff demands judgment against Defendant(s) to compensate her for her injuries and damages in an amount in excess of $25,000.00 (twenty-five thousand dollars), plus interest, costs and attorney's fees.

Respectfully submitted,
CHRISTOPHER TRAINOR & ASSOCIATES

_____
CHRISTOPHER J. TRAINOR (P42449)
Thomas F. Norton (P45525)
Attorneys for Plaintiff
9750 Highland Road
White Lake, MI 48386
(248) 886-8650

Dated: October 26, 2020
TFN/law

## STATE OF MICHIGAN

## IN THE CIRCUIT COURT FOR THE COUNTY OF KENT

**LAURA EWING-LOFTON,**

    Plaintiff,

-vs-                                                                       CASE NO. 20-03492-NO
                                                                       HON.

**BLOOMIN BRANDS, INC. D/B/A**
**OUTBACK STEAKHOUSE**

    Defendant.

| CHRISTOPHER TRAINOR & ASSOCIATES<br>CHRISTOPHER J. TRAINOR (P42449)<br>THOMAS F. NORTON (P45525)<br>Attorneys for Plaintiff<br>9750 Highland Road<br>White Lake, MI 48386<br>(248) 886-8650 | |

## DEMAND FOR TRIAL BY JURY

**NOW COMES** Plaintiff, **LAURA EWING-LOFTON** by and through her attorneys, CHRISTOPHER TRAINOR & ASSOCIATES, and hereby makes a Demand for Trial by Jury in the above-entitled cause.

                                                   Respectfully submitted,
                                                 CHRISTOPHER TRAINOR & ASSOCIATES

                                                 CHRISTOPHER J. TRAINOR (P42449)
                                                 THOMAS F. NORTON (P45525)
                                                 Attorney for Plaintiff
                                                 9750 Highland Road
                                                 White Lake, MI  48386
                                                 (248) 886-8650

Dated: October 26, 2020
TFN/law


NOV 16 2020